IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZAMAT ISKAKOV | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-7264 |
| | : | |
| J. L. JAMISON, BRIAN MCSHANE, TODD LYONS, DEPARTMENT OF HOMELAND SECURITY (DHS), KRISTI NOEM, PAM BONDI | : | |

# ORDER

AND NOW, this 23rd day of December 2025, upon reviewing Plaintiff's counseled Petition for habeas relief (ECF 1) seeking immediate release from custody among other emergency and declaratory relief, and finding good cause to maintain and resolve the vested justiciability of Plaintiff's claim in a timely manner, it is **ORDERED** we:

1. **DIRECT** Plaintiff immediately serve the Petition (ECF 1) and this Order upon Defendants by email to desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov and file an affidavit confirming service by no later than **December 24, 2025**;

2. **GRANT** Defendants leave to respond to the Petition (ECF 1) compliant with our Policies by no later than **NOON EST** on **Monday, December 29, 2025**;

3. **PRECLUDE** Defendants from altering Plaintiff's custody including affecting his continuing presence in this District until further Order; and,

4. **CONFIRM** the filing of this Order on **December 23, 2025 at 3:20 P.M. EST.**

_____
KEARNEY, J.